

604-07/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SIERRA MARINE S.A.,

                  Plaintiff,

  - against --

BARISSE S.A.,
                                **RULE 7.1 STATEMENT**

                  Defendant.
------------------------------------------------------------x



      Plaintiff, SIERRA MARINE S.A. by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       December 20, 2007

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Plaintiff SIERRA MARINE S.A.

                By: _____
                                      Pamela L. Schultz (PS 8675)
                                      80 Pine Street
                                      New York, NY 10005
                                      (212) 425-1900
                                      (212) 425-1901 fax