GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†▵
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▵ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

FEB 06 2008

February 5, 2008

**MEMO ENDORSED**

Our ref: 604-07/GMV/PLS

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/11/08

*The conference is adjourned to April 4, 2008 at 10:00 a.m.*

**BY HAND**
The Honorable William H. Pauley, III
United States Courthouse
40 Centre Street
Room 234
New York, New York 10007-1581

RE:  Sierra Marine S.A. v. Barisse S.A.
     07 CV 11424 (WHP)

Dear Judge Pauley:

<u>We represent Plaintiff Sierra Marine S.A. in the captioned matter and write to request an adjournment of the conference currently scheduled for February 8, 2008, at 10:30 A.M. This is our first request for relief.</u>

This matter involves a claim by Plaintiff against Defendant Barisse S.A. for breach of a maritime contract of charter party. The disputes were submitted to arbitration in London, and an award was entered in favor of Plaintiff. Accordingly, Plaintiff requested an attachment pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, which was granted *ex parte* on December 20, 2007.

The amount sought in the attachment was $52,681.51, of which only $1,500 has been restrained. Barisse was immediately given notice of the attachment, and one of its representatives has acknowledged this notice. Despite the restraint of funds, we have heard nothing further from Barisse, and to our knowledge it is not represented by counsel in New York. We also do not anticipate Barisse will have a representative in attendance at the conference. For this reason, we believe the conference would be of little benefit to

NYDOCS1/298445.1

the Court in moving the proceedings along and respectfully request that the initial conference be adjourned for approximately one month. For the Court's guidance, the undersigned counsel is not available on March 7 or 14 and accordingly, we would request the conference not be scheduled on those dates.

    We thank the Court for its consideration of this request.

                            Respectfully submitted,
                            FREEHILL HOGAN & MAHAR, LLP

PLS:lu                          Pamela L. Schultz