

| | | |
|---|---|---|
| GEORGE B. FREEHILL<br>WILLIAM L. JUSKA, JR.<br>JAMES L. ROSS*<br>ERIC E. LENCK<br>JOHN J. WALSH†<br>PATRICK J. BONNER*<br>PETER J. GUTOWSKI<br>MARK F. MULLER<br>WAYNE D. MEEHAN*<br>DON P. MURNANE, JR.△<br>THOMAS M. RUSSO<br>THOMAS M. CANEVARI †<br>MICHAEL FERNANDEZ*<br>JOHN F. KARPOUSIS*△<br>MICHAEL E. UNGER*†<br>WILLIAM J. PALLAS*<br>GINA M. VENEZIA°△<br>LAWRENCE J. KAHN*<br>BARBARA G. CARNEVALE*<br>MANUEL A. MOLINA<br>JUSTIN T. NASTRO*<br>PAMELA L. SCHULTZ*°†<br>DANIEL J. FITZGERALD*†△<br>MICHAEL C. ELLIOTT*<br>JAN P. GISHOLT†<br><br>*ALSO ADMITTED IN NEW JERSEY<br>†ALSO ADMITTED IN CONNECTICUT<br>△ALSO ADMITTED IN WASHINGTON, D.C.<br>°ALSO ADMITTED IN LOUISIANA | LAW OFFICES OF<br>FREEHILL HOGAN & MAHAR LLP<br>80 PINE STREET<br>NEW YORK, N.Y. 10005-1759<br>TELEPHONE (212) 425-1900<br>FACSIMILE (212) 425-1901<br>E-MAIL: reception@freehill.com<br>www.freehill.com<br><br>April 2, 2008 | NEW JERSEY OFFICE<br>549 SUMMIT AVENUE<br>JERSEY CITY, N.J. 07306-2701<br>TELEPHONE: (973) 623-5514<br>FACSIMILE: (973) 623-3813<br><br>CONNECTICUT OFFICE<br>23 OLD KINGS HIGHWAY SOUTH<br>DARIEN, CT 06820-4538<br>TELEPHONE: (203) 921-1913<br>FACSIMILE: (203) 358-8377 |

**MEMO ENDORSED**

Our ref: 604-07/GMV/PLS

**BY HAND**
The Honorable William H. Pauley, III
United States Courthouse
40 Centre Street
Room 234
New York, New York 10007-1581

Application granted.
SO ORDERED:

/s/ William H. Pauley III
WILLIAM H. PAULEY III U.S.D.J.
4/3/08

The conference is adjourned to June 27, 2008 at 11:00 a.m. This will be the last adjournment.

RE: Sierra Marine S.A. v. Barisse S.A.
07 CV 11424 (WHP)
-------------------------------------

Dear Judge Pauley:

We represent Plaintiff Sierra Marine S.A. in the captioned matter and write to request an adjournment of the conference currently scheduled for April 4, 2008, at 10:00 A.M.

This matter involves a claim by Plaintiff against Defendant Barisse S.A. for breach of a maritime contract of charter party. The disputes were submitted to arbitration in London, and an award was entered in favor of Plaintiff. Accordingly, since the award remained unpaid, Plaintiff requested an attachment pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, which was granted by the Court on December 20, 2007.

The amount sought in the attachment was $52,681.51, of which only $1,500 has been restrained. Barisse has been given notice of the attachment, and its representatives have acknowledged the notice. However, to our knowledge, Barisse is not represented by counsel in New York and we do not anticipate it will have a representative in attendance at the conference. As the merits of the litigation have already been decided, we believe a

NYDOCS1/301783.1

conference would be of little benefit to the Court in moving the proceedings along. We therefore, respectfully request that the initial conference be adjourned for approximately two months, while Plaintiff continues to serve the Process of Maritime Attachment and considerate its options for moving forward. For the Court's guidance, this is our second request for relief, the first having been made on February 5, 2008.

    We thank the Court for its consideration of this request.

                              Respectfully submitted,
                              FREEHILL HOGAN & MAHAR, LLP

PLS:lu                          Pamela L. Schultz

NYDOCS1/301783.1