USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SIERRA MARINE S.A.,                              :

                        Plaintiff,       :

        -against-                        :

BARISSE S.A.,                                    :

                      Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 11424 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff having failed to appear for an initial pre-trial conference on June 27,

2008, the conference is adjourned to July 11, 2008 at 10:45 a.m.  If Plaintiff fails to appear, the

action will be dismissed for failure to prosecute.

Dated: June 30, 2008
      New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                              U.S.D.J.

*Copy mailed to:*

Pamela L. Schultz, Esq.
Freehill Hogan & Mahar LLP
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*

-1-