604-07/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SIERRA MARINE S.A.,

                        Plaintiff,

    -against –

BARISSE S.A.,

                        Defendant.
------------------------------------------------------------x

07 CV 11424 (WHP)

NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE, Jan. P. Gisholt, an associate at Freehill Hogan & Mahar, LLP, hereby appears as additional counsel on behalf of Plaintiff, in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the address above. Mr. Gisholt is admitted to practice before this Court.

                                                                 Jan. P. Gisholt (JG 3768)