USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 8/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SIERRA MARINE S.A.,                     :

                Plaintiff,              :        07 Civ. 11424 (WHP)

      -against-                        :        <u>ORDER</u>

BARISSE S.A.,                           :

                Defendant.              :
----------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff shall file a dispositive motion by September 15, 2008 or the action will be dismissed.

Dated: August 8, 2008
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                               U.S.D.J.

*Copy mailed to:*

Pamela L. Schultz, Esq.
Freehill Hogan & Mahar LLP
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*